**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-52683 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | KNOWLTON, DUSTIN W. | Date Filed (f) or Converted (c): | 04/24/2015 (f) |
| For the Period Ending: | 09/30/2015 | §341(a) Meeting Date: | 06/02/2015 |
| | | Claims Bar Date: | 09/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Woodsfield Savings Bank - Savings Account - $0.69 Bayer Heritage FCU - Checking Account - $39.99 Bayer Heritage FCU - Savings Account - $10.00 Woodsfield Savings Bank - Checking Account (Trucking Co.) - $10.00 | $60.68 | $0.00 | | $0.00 | FA |
| 2 | Household Goods and Furnishings | $5.00 | $0.00 | | $0.00 | FA |
| 3 | Wearing Apparel | $200.00 | $0.00 | | $0.00 | FA |
| 4 | 4200 Shares of Penny Stock | $73.04 | $0.00 | | $0.00 | FA |
| 5 | 2013 Honda Accord 47,000 miles | $19,415.00 | $0.00 | | $0.00 | FA |
| 6 | 2007 Honda Odyssey 101,000 miles | $10,818.00 | $0.00 | | $0.00 | FA |
| 7 | 2003 Lincoln Eagle Hearse 50,000 miles | $25,000.00 | $21,325.00 | | $0.00 | FA |
| 8 | 2001 Lincoln Federal Hearse 63,000 miles | $18,000.00 | $0.00 | | $0.00 | FA |
| 9 | 1989 Ford F-150 90,000 miles | $2,000.00 | $0.00 | | $0.00 | FA |
| 10 | DW Knowlton Trucking, LLC (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | The Trustee is investigating the Debtors ownership interest in the LLC. | | | | | |
| 11 | $15,000.00 transferred to Charles Burkhart (u) | $0.00 | $15,000.00 | | $0.00 | $15,000.00 |
| Asset Notes: | Avoidable Transfer under U.S.C. §543, §544 & §548 | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

| | $75,571.72 | $36,325.00 | | $0.00 | $15,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 10/01/2015 | Deadline for Documents |
|---|---|
| 09/22/2015 | FOR 9/30/2015 TFR. INVESTIGATING $15,000 TRANSFER TO BUSINESS PARTNER. NEED RECORDS. THREATENED MOTION FOR TURNOVER SEPTEMBER 18. DEBTOR IS TO PROVIDE DOCUMENTS. WILL REVIEW TO SEE IF WE NEED TO FILE ADVERSARY. |

Initial Projected Date Of Final Report (TFR):    04/24/2016      Current Projected Date Of Final Report (TFR):      /s/ BRENT A. STUBBINS

BRENT A. STUBBINS